IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PHILLIP ANDREW RIDLEY, SR.,            )
                                       )
            Plaintiff,                 )
                                       )
      v.                               )            1:18CV171
                                       )
KEVIN AUTEN, GREG HANNOLD,             )
and KAREN RUSSELL,                     )
                                       )
            Defendants.                )

                              <u>ORDER</u>

      On October 26, 2018, the United States Magistrate Judge's

Recommendation was filed and notice was served pursuant to 28 U.S.C. § 636.

[Docs. #20, 21.]  No objections were filed within the time limits prescribed by

Section 636.

      Therefore, the Court need not make a de novo review and the Magistrate

Judge's Recommendation [Doc. #20] is hereby adopted.

      IT IS THEREFORE ORDERED that the Motion to Dismiss filed by Defendants

Auten and Hannold [Doc. #13] is GRANTED, and all claims against them are

DISMISSED pursuant to Fed. R. Civ. P. 12(b)(6).

      This the 28th day of January, 2019.


                                    <u>/s/ N. Carlton Tilley, Jr.</u>
                                    Senior United States District Judge