**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

PHILLIP ANDREW RIDLEY, SR.,      )
                            )
          Plaintiff,            )
                            )         1:18CV171
          v.                   )
                            )
KEVIN AUTEN, et al.,         )
                            )
          Defendants.       )

## ORDER DISMISSING ACTION WITHOUT PREJUDICE
## FOR FAILURE TO OBTAIN SERVICE

The record in this action not indicating that Plaintiff has obtained service

upon Defendant Karen Russell within 90 days after filing of the complaint, and

Plaintiff, after notice, not having demonstrated good cause why such service was

not made within the period, this action is DISMISSED WITHOUT PREJUDICE as to

Defendant KAREN RUSSELL.

     **SO ORDERED.**

This the 27th day of March, 2019.


                                 /s/ N. Carlton Tilley, Jr.
                            Senior United States District Judge